ALBANY,
August, 1811.

Low
v.
Rogers.

———⚙———

Low *against* Rogers and others, Commissioners, &c.

AN inquisition had been found before a justice of the peace, pursuant to the 20th section of the act to regulate highways, (sess. 24. c. 186.) of an encroachment on the highway, by *Low*, the appellant, and which was removed to this court, by *certiorari*, and quashed. And the question now raised for the consideration of the court, was, whether the party was entitled to costs.

*Per Curiam.* This case was removed into this court by *certiorari*, and was founded upon an inquisition taken

Where an inquisition taken under the 20th section of the act relative to highways, (sess. 24. c. 186.)for an encroachment on the highway,was removed into this court by *certiorari*, and quashed, it was held, that the appellant was not entitled to *costs.* It is a *casus omissus* in the statutes, as to *costs.*

under the 20th section of the highway act, (*Laws*, vol. 1. p. 596.) by which the jury had found that the appellant had encroached upon the highway, and the inquisition has been now quashed by this court.

The inquisition below was not a *judgment, or order*, made for the *benefit of another person*, within the act relative to suing out writs of *certiorari*. (*Laws*, vol. 1. p. 192.) It seems to be a *casus omissus* in our statute book, as to costs. There is no provision giving costs, or damages, either one way or the other, when such a proceeding as that below is removed into this court by *certiorari*. The act regulating the suing out writs of *certiorari* is the only one making provision for costs in cases analogous to this, and that is done by requiring the party suing out the writ, to enter into a recognisance to pay costs. There is a similar provision in several *British* statutes relative to proceedings by *certiorari*.

Costs denied.